# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LATEACHA VELASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>LOWES HOME CENTERS, LLC, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00609-SSS-MBKx<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the motion, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Lowe's motion for terminating sanctions be granted; (2) Judgment be entered in favor of Defendants; and (3) the action be dismissed with prejudice.

Dated: February 5, 2026



_____

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE