JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LATEACHA VELASQUEZ,

           Plaintiff,

     v.

LOWES HOME CENTERS, LLC, et al.,

           Defendants.

Case No. 5:24-cv-00609-SSS-MBKx

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed with prejudice.



Dated: February 5, 2026

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE